UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

CHRIS SPORTS NORTH AMERICA, INC., as
Distributor for Powderhorn, et al.,

                        Plaintiffs,

    -against-

M/V "APL PERU," her engines, Boilers, Tackle,
Etc., et al.,

                        Defendants.
------------------------------------------------------------------ x

**ORDER REGULATING PROCEEDINGS**

08 Civ. 9352 (AKH)
09 Civ. 2549 (AKH)
09 Civ. 4081 (AKH)
09 Civ. 8054 (AKH)
09 Civ. 8457 (AKH)
09 Civ. 8639 (AKH)
10 Civ. 2255 (AKH)
10 Civ. 4253 (AKH)
10 Civ. 6107 (AKH)
10 Civ. 6108 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The joint report of plaintiffs' and defendants' liaison counsel, dated December 18, 2012, shall be filed as part of docket 08 Civ. 9352. The report describes the parties in the several litigations before me, and the amounts in suit. The report is intended as an aid to the court, and shall not be binding on the parties.

       A second section of the report was supposed to describe the discovery had to date, and that which remains. Time is enlarged to January 30, 2013 to provide such report.

       There will be a status conference on February 4, 2013, at 2:30 p.m. to discuss how to proceed further. Liaison counsel shall consult with all counsel and propose an agenda for the conference. Some of the issues are likely to be:

       1. Rulings necessary to complete discovery, and procedure to obtain such;

       2. Identifying the claims, and cross-claims, in all the lawsuits, and their true estimated values;

1

3. Which claims should be selected for early trial; and which should follow for subsequent resolution;

4. The utility of a special master to work with the parties to accomplish the preceding goals, and identifying likely candidates.

Counsel should be free to present their own proposals, and to criticize the court's suggestions.

SO ORDERED.

Dated:	January 2, 2013
	New York, New York

	_____
	ALVIN K. HELLERSTEIN
	United States District Judge