

LAW OFFICES OF
# FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.▲
THOMAS M. RUSSO
THOMAS M. CANEVARI†
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*▲
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M. VENEZIA*▲
JUSTIN T. NASTRO*
MANUEL A. MOLINA
DANIEL J. FITZGERALD*▲
BARBARA G. CARNEVALE*
JAN P. GISHOLT†
SUSAN LEE*
ERIC J. MATHESON*
MICHAEL D. TUCKER*

* ALSO ADMITTED IN NEW JERSEY
† ALSO ADMITTED IN CONNECTICUT
▲ ALSO ADMITTED IN WASHINGTON, D.C.
* ALSO ADMITTED IN LOUISIANA

NEW JERSEY OFFICE
549 SUMMIT AVENUE
JERSEY CITY, N.J. 07306-2701
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
246 MARGHERITA LAWN
STRATFORD, CT 06615
TELEPHONE: (203) 921-1913
FACSIMILE (203) 358-8377

OF COUNSEL
GEORGE B. FREEHILL

August 13, 2014

Our ref: 592-08/WDM/GMV

[USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 8/14/14]

[RECEIVED AUG 13 2014 CHAMBERS OF ALVIN K. HELLERSTEIN U.S.D.J.]

*One last adjournment is granted, to Sept 19, 2014, 10:00 a.m.*
*8-13-14*
*[signature]*

Via Telefax: (212) 805-7942
The Honorable Alvin K. Hellerstein
500 Pearl Street, Room 910
New York, New York 10007

Re:   In re M/V APL PERU
      08-cv-9352 (AKH)
      09-cv-2549 (AKH)
      09-cv-4081 (AKH)
      09-cv-8054 (AKH)
      09-cv-8457 (AKH)
      09-cv-8639 (AKH)
      10-cv-2255 (AKH)
      10-cv-4253 (AKH)
      10-cv-6107 (AKH)
      10-cv-6108 (AKH)

Dear Judge Hellerstein:

We represent the vessel owner and vessel manager ("Owners/Managers") in the captioned litigation, and also serve as Liaison Counsel for the Defending Parties. We are writing to provide the Court with an update on the settlement.

We had previously advised the Court that we circulated a draft settlement agreement and solicited comments and suggested changes from the various parties to the agreement. We have now worked through the parties' comments/concerns about the terms of the agreement, and we have today circulated what we anticipate to be the final draft. Once the agreement has been signed by all parties, we intend to submit a stipulation discontinuing the consolidated actions.

421486.1

August 13, 2014
Page 2 of 3

Under the circumstances, we respectfully request that the conference scheduled for this Friday, August 15, 2014, be adjourned, pending the filing of the Stipulation of Discontinuance.

We thank the Court for its consideration.

Respectfully submitted,
FREEHILL HOGAN & MAHAR, LLP

*Wayne D. Meehan*

Wayne D. Meehan
Gina M. Venezia

WDM/mc

cc:  <u>All counsel via email</u>

Counsel for Plaintiff Cargo Interests:
wcomax@MDWCG.com; jnobily@MDWCG.com; ccradzik@MDWCG.com;
mfc@caseybarnett.com; cms@caseybarnett.com
jsweeney@nicoletihornig.com; spolizzi@nicoletihornig.com;
neichler@nicoletihornig.com
kranzler@badiakwil.com
craleigh@wcsr.com; dloh@cozen.com;

Counsel for NVO's:
atheson@navlaw.com
bmgassc@aol.com
jhal@att.net

Counsel for Vessel Owners:
venezia@freehill.com; meehan@freehill.com

Counsel for APL:
jkimball@blankrome.com; LWilgus@BlankRome.com; AWeigel@BlankRome.com

Counsel for MOL:
jmoore@mclaughlinstern.com

Counsel for Hyundai:
rdonatelli@cckvt.com; avengrow@cckvt.com

421486.1

FREEHILL, HOGAN & MAHAR LLP

August 13, 2014
Page 3 of 3

Counsel for Spectrum:
JNeville@hillrivkins.com; RHayden@hillrivkins.com; beisenhower@hillrivkins.com

Counsel for BYD:
tpristo@cardillocorbett.com

Counsel for Quantum:
pjl@lmcplegal.com; scm@lmcplegal.com

Counsel for GPI:
trimweser@hillbetts.com; bjarra@hillbetts.com

Counsel for Desay:
Lawrence.brennan@wilsonelser.com

421486.1

FREEHILL, HOGAN & MAHAR LLP